**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7459**

———————————

STANLEY EUGENE WOODS,

                                    Plaintiff - Appellant,

        versus

STATE  OF  SOUTH  CAROLINA;  SOUTH  CAROLINA
DEPARTMENT OF CORRECTIONS,

                                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  G. Ross Anderson, Jr., District
Judge.  (CA-94-3283-3-3BC)

———————————

Submitted:  January 11, 1996        Decided:  January 24, 1996

———————————

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Stanley Eugene Woods, Appellant Pro Se.  Marvin Coleman Jones,
BOGOSLOW & JONES, Walterboro, South Carolina; Donald John Zelenka,
Chief Deputy Attorney General, Columbia, South Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Woods v. South Carolina</u>, No. CA-94-3283-3-3BC (D.S.C. Aug. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>